# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | |
|---|---|
| The School District of Philadelphia,<br>Appellant | : CASES CONSOLIDATED<br>:<br>: |
| v. | : No. 195 C.D. 2021<br>: No. 265 C.D. 2021 |
| Board of Revision of Taxes,<br>The City of Philadelphia,<br>and Teva Pharmaceuticals USA | :<br>:<br>:<br>: |
| The School District of Philadelphia,<br>Appellant | :<br>:<br>: |
| v. | : No. 196 C.D. 2021<br>: |
| Board of Revision of Taxes,<br>The City of Philadelphia,<br>and 401 Market Street a/k/a<br>MREF 401 LP | :<br>:<br>:<br>:<br>: |
| The School District of Philadelphia,<br>Appellant | :<br>:<br>: |
| v. | : No. 197 C.D. 2021<br>: |
| Board of Revision of Taxes,<br>The City of Philadelphia, and<br>1500 Net Works Associates<br>a/k/a Net Works Building | :<br>:<br>:<br>:<br>: |
| The School District of Philadelphia,<br>Appellant | :<br>:<br>: |
| v. | : No. 198 C.D. 2021<br>: |
| Board of Revision of Taxes, The<br>City of Philadelphia, and PR Chestnut<br>Associates LP | :<br>:<br>: |

The School District of Philadelphia,　　　　　:
　　　　　　　　　　　　Appellant　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　v.　　　　　　　　　　　: No. 199 C.D. 2021
　　　　　　　　　　　　　　　　　　　:
Board of Revision of Taxes,　　　　　　:
The City of Philadelphia, and　　　　　　:
Hub Properties Trust now owned by　　　　:
Commonwealth of PA - SEPTA　　　　　　:
　　　　　　　　　　　　　　　　　　　:
The School District of Philadelphia,　　　　　:
　　　　　　　　　　　　Appellant　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　v.　　　　　　　　　　　: No. 200 C.D. 2021
　　　　　　　　　　　　　　　　　　　:
Board of Revision of Taxes,　　　　　　:
The City of Philadelphia, and　　　　　　:
Two Logan Square Associates　　　　　　:
　　　　　　　　　　　　　　　　　　　:
The School District of Philadelphia,　　　　　:
　　　　　　　　　　　　Appellant　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　v.　　　　　　　　　　　: No. 201 C.D. 2021
　　　　　　　　　　　　　　　　　　　:
Board of Revision of Taxes, The　　　　　:
City of Philadelphia, and OLS Office　　　　:
Partners LP　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
The School District of Philadelphia,　　　　　:
　　　　　　　　　　　　Appellant　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　v.　　　　　　　　　　　: No. 202 C.D. 2021
　　　　　　　　　　　　　　　　　　　:
Board of Revision of Taxes, The　　　　　:
City of Philadelphia, and Commerce　　　　:
Square Partners　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
The School District of Philadelphia,　　　　　:
　　　　　　　　　　　　Appellant　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　v.　　　　　　　　　　　: No. 203 C.D. 2021
　　　　　　　　　　　　　　　　　　　:
Board of Revision of Taxes,　　　　　　:

The City of Philadelphia,
and Maguire/Thomas PTNS
Phila Plaza Phase II

The School District of Philadelphia,
                    Appellant

           v.           :  No. 204 C.D. 2021

Board of Revision of Taxes,
The City of Philadelphia,
and Cedar South Philadelphia

The School District of Philadelphia,
                    Appellant

           v.           :  No. 205 C.D. 2021
                          :  No. 223 C.D. 2021

Board of Revision of Taxes,  :  No. 259 C.D. 2021
The City of Philadelphia,  :  No. 260 C.D. 2021
and ARD Grant LP a/k/a  :  No. 285 C.D. 2021
The Court at Grant

The School District of Philadelphia,
                    Appellant

           v.           :  No. 206 C.D. 2021

Board of Revision of Taxes,
The City of Philadelphia,
and 1760 Market Partners LP

The School District of Philadelphia,
                    Appellant

           v.           :  No. 207 C.D. 2021

Board of Revision of Taxes, The
City of Philadelphia, and SWP Real
Estate LLC

The School District of Philadelphia,
                    Appellant

|  |  |  |
|---|---|---|
| v. | : | No. 208 C.D. 2021 |
| | : | |
| Board of Revision of Taxes, The | : | |
| City of Philadelphia, and BA Parkway | : | |
| Associates II a/k/a Embassy Suites | : | |
| | : | |
| The School District of Philadelphia, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 209 C.D. 2021 |
| | : | |
| Board of Revision of Taxes, | : | |
| The City of Philadelphia, and | : | |
| Public Storage Properties XVIII | : | |
| | : | |
| The School District of Philadelphia, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 210 C.D. 2021 |
| | : | No. 266 C.D. 2021 |
| Board of Revision of Taxes, | : | |
| The City of Philadelphia, and | : | |
| SPSP Corporation | : | |
| | : | |
| The School District of Philadelphia, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 211 C.D. 2021 |
| | : | No. 252 C.D. 2021 |
| Board of Revision of Taxes, The | : | No. 258 C.D. 2021 |
| City of Philadelphia, and 2400 | : | No. 286 C.D. 2021 |
| Market VII LP a/k/a Marketplace | : | |
| Design Center | : | |
| | : | |
| The School District of Philadelphia, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 212 C.D. 2021 |
| | : | |
| Board of Revision of Taxes, The | : | |
| City of Philadelphia, and 4401 | : | |
| Walnut Holdings LLC | : | |

The School District of Philadelphia, : :
                    Appellant :
                                :

                v.          : No. 213 C.D. 2021

Board of Revision of Taxes,
The City of Philadelphia, and
T C Pepper Building G P LLC
a/k/a The Pepper Building

The School District of Philadelphia,
                    Appellant

                v.          : No. 214 C.D. 2021

Board of Revision of Taxes,
The City of Philadelphia, and
Hill House Apartment Association
a/k/a The Watermark

The School District of Philadelphia,
                    Appellant

                v.          : No. 215 C.D. 2021
                                : No. 218 C.D. 2021

Board of Revision of Taxes,
The City of Philadelphia,
and WWW Premier Holdings LLC
a/k/a Winchester Walk

The School District of Philadelphia,
                    Appellant

                v.          : No. 216 C.D. 2021

Board of Revision of Taxes,
The City of Philadelphia,
and Offices at Two Liberty PL

The School District of Philadelphia,
                    Appellant

| | | |
|---|---|---|
| v. | : | No. 217 C.D. 2021 |
| | : | |
| Board of Revision of Taxes, The City of Philadelphia, and CRP-Grep Rushwood LP a/k/a Rushwood Apartments now owned by RSW Premier Holdings LLC | : : : : : : | |
| | : | |
| The School District of Philadelphia, Appellant | : : | |
| | : | |
| v. | : | No. 219 C.D. 2021 |
| | : | |
| Board of Revision of Taxes, The City of Philadelphia, and Charter Court Holdings LL a/k/a Charter Court Apartments | : : : : | |
| | : | |
| The School District of Philadelphia, Appellant | : : | |
| | : | |
| v. | : | No. 220 C.D. 2021 |
| | : | |
| Board of Revision of Taxes, The City of Philadelphia, and Cedar Quartermaster LLC | : : : | |
| | : | |
| The School District of Philadelphia, Appellant | : : | |
| | : | |
| v. | : | No. 221 C.D. 2021 |
| | : | No. 283 C.D. 2021 |
| Board of Revision of Taxes, The City of Philadelphia, and PR Northeast Limited Partnership a/k/a Northeast Tower Center | : : : : | No. 284 C.D. 2021 |
| | : | |
| The School District of Philadelphia, Appellant | : : | |
| | : | |
| v. | : | No. 222 C.D. 2021 |
| | : | |
| Board of Revision of Taxes, The | : | |

City of Philadelphia, and Red Lion
MZL LP

The School District of Philadelphia,
:                    Appellant
:
:
:                    v.                                    : No. 224 C.D. 2021
:
Board of Revision of Taxes,                          :
The City of Philadelphia, and                        :
Center City Chestnut LLC                             :
a/k/a Nineteen Thirty Chestnut                       :
:
The School District of Philadelphia,                 :
:                    Appellant                         :
:
:                    v.                                    : No. 226 C.D. 2021
:
Board of Revision of Taxes,                          :
The City of Philadelphia,                            :
and 777 South Broad Street AS                        :
:
The School District of Philadelphia,                 :
:                    Appellant                         :
:
:                    v.                                    : No. 227 C.D. 2021
                                                          : No. 256 C.D. 2021
Board of Revision of Taxes, The                      :
City of Philadelphia, and PR Walnut                  :
Associates LP                                        :
:
The School District of Philadelphia,                 :
:                    Appellant                         :
:
:                    v.                                    : No. 228 C.D. 2021
                                                          : No. 229 C.D. 2021
Board of Revision of Taxes, The                      :
City of Philadelphia, and Market Square              :
Plaza I LLC                                          :
:
The School District of Philadelphia,                 :
:                    Appellant                         :
:

|  |  |  |
|---|---|---|
| v. | : | No. 253 C.D. 2021 |
|  | : |  |
| Board of Revision of Taxes, | : |  |
| The City of Philadelphia, | : |  |
| and Super Salvage, Inc. a/k/a CVS | : |  |
|  | : |  |
|  | : |  |
| The School District of Philadelphia, | : |  |
| Appellant | : |  |
|  | : |  |
| v. | : | No. 254 C.D. 2021 |
|  | : |  |
| Board of Revision of Taxes, The City | : |  |
| of Philadelphia, and 23rd Street | : |  |
| Garage VII LP | : |  |
|  | : |  |
| The School District of Philadelphia, | : |  |
| Appellant | : |  |
|  | : |  |
| v. | : | No. 255 C.D. 2021 |
|  | : |  |
| Board of Revision of Taxes, | : |  |
| The City of Philadelphia, and | : |  |
| 618 Market LP | : |  |
|  | : |  |
| The School District of Philadelphia, | : |  |
| Appellant | : |  |
|  | : |  |
| v. | : | No. 257 C.D. 2021 |
|  | : |  |
| Board of Revision of Taxes, The | : |  |
| City of Philadelphia, and Brandywine | : |  |
| Operating Partners LP a/k/a Bell | : |  |
| Atlantic Tower | : |  |
|  | : |  |
| The School District of Philadelphia, | : |  |
| Appellant | : |  |
|  | : |  |
| v. | : | No. 261 C.D. 2021 |
|  | : | No. 262 C.D. 2021 |
| Board of Revision of Taxes, The | : |  |
| City of Philadelphia, and Two | : |  |
| Liberty Place LP | : |  |
|  | : |  |

| | | |
|---|---|---|
| The School District of Philadelphia, | : | |
| Appellant | : | |
| | : | |
| v. | : No. 263 C.D. 2021 | |
| | : | |
| Board of Revision of Taxes, | : | |
| The City of Philadelphia, and | : | |
| Brandywine Operating Part | : | |
| | : | |
| The School District of Philadelphia, | : | |
| Appellant | : | |
| | : | |
| v. | : No. 264 C.D. 2021 | |
| | : | |
| Board of Revision of Taxes, | : | |
| The City of Philadelphia, and | : | |
| Philadelphia-Harbison LP | : | |
| | : | |
| The School District of Philadelphia, | : | |
| Appellant | : | |
| | : | |
| v. | : No. 268 C.D. 2021 | |
| | : | |
| Board of Revision of Taxes, The City | : | |
| of Philadelphia, and Treeco/Manor | : | |
| Limited Part | : | |
| | : | |
| The School District of Philadelphia, | : | |
| Appellant | : | |
| | : | |
| v. | : No. 269 C.D. 2021 | |
| | : | |
| Board of Revision of Taxes, The City | : | |
| of Philadelphia, and Jar Chocolate Works | : | |
| LP | : | |
| | : | |
| The School District of Philadelphia, | : | |
| Appellant | : | |
| | : | |
| v. | : No. 270 C.D. 2021 | |
| | : | |
| Board of Revision of Taxes, | : | |
| The City of Philadelphia, and 1616-26 | : | |

| | |
|---|---|
| Walnut Street | : |
| | : |
| The School District of Philadelphia, | : |
| Appellant | : |
| | : |
| v. | : No. 272 C.D. 2021 |
| | : |
| Board of Revision of Taxes, The | : |
| City of Philadelphia, and PECO | : |
| Energy Company | : |
| | : |
| The School District of Philadelphia, | : |
| Appellant, | : |
| | : |
| v. | : No. 273 C.D. 2021 |
| | : |
| Board of Revision of Taxes, | : |
| The City of Philadelphia, | : |
| and Charter School Holdings LL | : |
| a/k/a Charter Court Apartments | : |
| | : |
| The School District of Philadelphia, | : |
| Appellant | : |
| | : |
| v. | : No. 274 C.D. 2021 |
| | : |
| Board of Revision of Taxes, | : |
| The City of Philadelphia, and | : |
| Phila Liberty PLA E LP a/k/a/ Liberty One | : |
| | : |
| The School District of Philadelphia, | : |
| Appellant | : |
| | : |
| v. | : No. 275 C.D. 2021 |
| | : |
| Board of Revision of Taxes, | : |
| The City of Philadelphia, and | : |
| Panco CC Rittenhouse Row | : |
| Rittenhouse Row Investors a/k/a | : |
| American Patriots Bldg | : |
| | : |
| The School District of Philadelphia, | : |
| Appellant | : |

v. : No. 276 C.D. 2021

:

Board of Revision of Taxes, :
The City of Philadelphia, and :
Post Rittenhouse Hill LP a/k/a :
Rittenhouse Hill Apartments :

:

The School District of Philadelphia, :
              Appellant :

:

v. : No. 277 C.D. 2021

:

Board of Revision of Taxes, The City :
of Philadelphia, and Boulevard North :
Associate a/k/a Whitman Square :

:

The School District of Philadelphia, :
              Appellant :

:

v. : No. 278 C.D. 2021

:

Board of Revision of Taxes, The City :
of Philadelphia, and Cedar Quartermaster :
II LL :

:

The School District of Philadelphia, :
              Appellant :

:

v. : No. 279 C.D. 2021

:

Board of Revision of Taxes, :
The City of Philadelphia, and :
Boulevard North Associate LP :
a/k/a Whitman Square :

:

The School District of Philadelphia, :
              Appellant :

:

v. : No. 280 C.D. 2021
: No. 282 C.D. 2021

:

Board of Revision of Taxes, The City :

of Philadelphia, and Delaware East Assoc  :
LP a/k/a Columbus Commons  :
  :
The School District of Philadelphia,  :
               Appellant  :
  :
          v.  : No. 281 C.D. 2021
  :
Board of Revision of Taxes, The  :
City of Philadelphia, and Delaware  :
East Assoc a/k/a Columbus  :
Commons  :
  :
The School District of Philadelphia,  :
               Appellant  :
  :
          v.  : No. 287 C.D. 2021
  :
Board of Revision of Taxes, The City  :
of Philadelphia, and Center City Walnut  :
LLC  :
  :
The School District of Philadelphia,  :
               Appellant  :
  :
          v.  : No. 288 C.D. 2021
  :
Board of Revision of Taxes, The  :
City of Philadelphia, and Delaware  :
East Associates a/k/a Columbus  :
Commons  :
  :
The School District of Philadelphia,  :
               Appellant  :
  :
          v.  : No. 419 C.D. 2021
  :
Board of Revision of Taxes, The  :
City of Philadelphia, and G2 S2  :
ASSPC LP a/k/a 1605 Sansom  :

**PER CURIAM**                    **O R D E R**

NOW, November 30, 2023, having considered Designated Appellant The School District of Philadelphia's application for reargument in the above-captioned consolidated cases, and Designated Appellees CVS and Super Salvage, Inc.'s answer in response thereto, the application is DENIED.